USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UA Hamilton NJ LLC,

                Plaintiff,

        - against -

Wilkes Technologies, LLC,

                Defendant.

**25-cv-02703(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On August 19, 2025, Plaintiff UA Hamilton NJ LLC dismissed its Complaint against Defendant Wilkes Technologies, LLC, (See Dkt. No. 7.) On August 20, the Clerk's Office found the filing to be deficient. The Court directs Plaintiff to confirm within two days their intent regarding voluntary dismissal.

**SO ORDERED.**

Dated:    1 December 2025
          New York, New York

Victor Marrero
U.S.D.J.